| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Batts, Deborah A. | Southern District of New York | 10/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2011 to 12/31/2011 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

500 Pearl Street
Room 2510
New York, New York
10007-1312

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Fordham University School of Law |
| 2. | Board of Visitors | CUNY School of Law |
| 3. | Board of Managers | Havens Relief Fund Society |
| 4. | Co-Executor | Estate #1 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/1/84 | TIAA-CREF Retirement & Supplemental Annuity Contracts |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batts, Deborah A. | 10/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/11 | Fordham University School of Law Salary | $26,000.00 |
| 2. | 4/11 | Co-Executor Fee | $9,996.48 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association (FJA) | April, 2011 | Washington, D.C. | Board of Directors meeting | transportaion, food, lodging |
| 2. | Harvard Law School | February, 2011 | Cambridge, Massachusetts | Panelist | transportation, food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batts, Deborah A. | 10/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | credit card | J |
| 2. | Bank of America | credit card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batts, Deborah A. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  TIAA-CREF | D | Int./Div. | N | T | | | | | |
| 2.  Morgan Stanley Smith Barney (IRA) | A | Int./Div. | | | Distributed | 02/01/11 | K | | |
| 3.  Estate #1 | | None | J | T | Distributed (part) | 04/21/11 | M | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batts, Deborah A. | 10/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-:A Since last year was the first time I had served as a co-executor of a family estate, I was not aware until preparing my 2011 Financial Disclosure Report that a Co-Executor Fee was subject to the 15% income limitation Of $26,955.00. As a result of my authorized teaching compensation, I earned $26,000.00 in 2011 for teaching, leaving $955.00 as the balance for my income limitation. I received $9,996.48 as my Co-Executor Fee in 2011, which can be allocated over the years when I did estate work, which includes 2012. (Compendium Secion 33.1(a-1). I thus can allocate $2,499.12 to the work on the estate I performed in 2012, reducing the amount over the limit to $6,542.36 ($9996.48- $955.00- $2499.12). Further, I am entitled to deduct "amounts received as reimbursement for expenses incurred in producing income (compendium Section 33.2(b)), and thus I reduce the amount over the limit further by $644.00 in teaching transportation expenses for 2011. Thus the overage from my Co-Executor Fee is $5,398.36 I am offsetting this remaining overage by returning this portion of my Executor Fee to the estate for distribution.

Part III-B I got married in 2011 and my spouse is a woman. . Since the federal government does not recognize my marriage, I checked " NONE".

Part VII

Line 2 Morgan Stanley Smith Barney (IRA) This account did not appear in prior years because I thought that I did not have to report it because the income earned each year was under $1,000.00. It was a money market account:AXA Moderate-Plus Allocation, Fund # 01174.

Line 3 Estate #1: I became co-executor after the filing of my 2010 Financial Disclosure Report and therefore it did not appear in prior Reports. Holdings were in Franklin Templeton Investments: Franklin U.S. Government Securities Fund- Class A; American Funds Washington Mutual Investors Fund - Class A; Janney Montgomery Scott Fixed Income - Bonds & Preferreds Municipal Bonds - Tax Exempt, General NY Municipal Money Market Fund; Wachovia Accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Batts, Deborah A. | 10/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Deborah A. Batts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544